UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Eugene Westmoreland
                                      Plaintiff,

v.                                                       Case No.: 1:21−cv−04330
                                                             Honorable Matthew F. Kennelly

Thomas Dart, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, June 12, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Two motions to compel by plaintiff Eugene Westmoreland are pending before the Court. (1) The first is his motion to compel and to impose sanctions [56] based on defendant Sheriff Dart's alleged withholding of relevant e−mails in response to a request for production. The Court denies this motion. In November 2021, Dart objected to the request in question on various grounds and, based on the objection, declined to produce the requested documents. The objection likely was overly broad at least to some degree, but Westmoreland never challenged it before the Court prior to the present motion. That motion comes far too late. Westmoreland waited six months after the objection was made to challenge it before the Court; he waited nearly two months after the Court stated, on April 2, 2022, that it would not extend the fact discovery cutoff date of May 31, 2022 again; and he filed the motion literally on the eve of the deadline, a little after 5:30 PM on May 30, 2022. The motion is denied due to this undue delay and the absence of due diligence. (2) Westmoreland's second motion to compel [58] concerns certain "inmate request slips" he claims to have submitted from January through March 2022. Dart's response says that on June 7, 2022, he produced the requested documents. It therefore appears that the motion to compel as moot. The Court will deny the motion as moot at the June 13, 2022 telephonic hearing unless plaintiff can show that Dart has not complied with the request for production. (3) At the June 13 hearing, the parties should also be prepared to set an expert discovery and dispositive motion schedule consistent with the discussion of these points in their June 3, 2022 status report. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.