IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Westmoreland, | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| | ) | 21-cv-4330 |
|     -*vs*- | ) | |
| | ) | Judge Kennelly |
| Thomas Dart, Sheriff of Cook | ) | |
| County, Cook County, Illinois, Officer | ) | |
| E. Arreguin, and Nurse Jefferson, | ) | |
| | ) | |
|     *Defendants.* | ) | |

**PLAINTIFF'S MOTION TO ADJUST SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiff Eugene Westmoreland, by counsel, respectfully requests that the Court adjust the summary judgment briefing schedule set on October 7, 2022, Dkt. 77, Minute entry.

Grounds for this motion are as follows:

1. The Court set a summary judgment briefing schedule on October 7, 2022, based on a dates suggested by the parties in a joint status. *See* Dkt. 77, Minute entry. When the parties proposed these dates, defendants intended to seek summary judgment on all claims.

2. Defense counsel told plaintiff on February 2, 2023, that defendants decided not to move for summary judgment. Defense counsel requested 30 days to response to plaintiff's motion for summary judgment.

3. On February 12, 2023, plaintiff filed a motion for summary judgment regarding the Americans with Disabilities Act and Rehabilitation Act claim against defendants Sheriff of Cook County and Cook County. *See* Dkt. 86, Motion.

4. Plaintiff, therefore, requests that the Court set a deadline for defendants to respond to this motion in 30 days. Plaintiff requests two weeks to file a reply.

It is therefore respectfully requested that the Court grant plaintiff's motion to adjust the summary judgment briefing schedule and direct defendants Sheriff of Cook County and Cook County to respond to the motion within 30 days. Plaintiff requests two weeks to file a reply.

Respectfully submitted,

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
pwm@morrisseylawchicago.com
*an attorney for plaintiff*